IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON SCHMITZ, | § | CIVIL ACTION NO. 4:08-cv-02945 |
| JACKIE BAILEY, | § | |
| CHARLES E. FRAZIER, III, | § | |
| ALLISON CRANE HARGRAVES, | § | |
| COREY ALLEN JONES, | § | |
| THOMAS YOUNG, | § | |
| and OTHERS SIMILARLY | § | |
| SITUATED, | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | COLLECTIVE ACTION REQUESTED |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | |
| COMPANY, | § | |
|     Defendant. | § | JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

The parties have reached a settlement, and expect to file their Joint Stipulation of Settlement and Release of Collective/Class Claims no later than Tuesday, December 1, 2009. The parties will also file their Motion for Preliminary Approval of FLSA Collective/Class Action no later than Friday, December 4, 2009.

Respectfully submitted,

**STARZYK & ASSOCIATES, P.C.**

_____/Michael A. Starzyk/_____
**Michael A. Starzyk**
Attorney-In-Charge
TBA # 00788461
Southern District of Texas Bar No.16926
**April L. Walter**
TBA # 24052793
Southern District of Texas Bar No. 713287
10200 Grogan's Mill Road
Suite 300
The Woodlands, Texas 77380
(281) 364-7261
(281) 364-7533 – Facsimile

**J.P. HUGHES & CO. ATTORNEYS**


   /J.P. Hughes, Jr./
**J.P. Hughes, Jr.**
TBA # 24048965
Southern District of Texas Bar No. 943894
1300 Access Road, Suite 100
Oxford, Mississippi 38655
T: [662] 234-6080
F: [662] 234-6042



**HERMAN, HERMAN, KATZ & COTLAR, L.L.P.**


   /Russ M. Herman /
**Russ M. Herman**
Eastern District of Louisiana Bar No. 6819
**Stephen J. Herman**
Eastern District of Louisiana Bar No. 23129
**James C. Klick**
Eastern District of Louisiana Bar No. 7451
TBA # 00790141
**John S. Creevy**
Eastern District of Louisiana Bar No. 30879
820 O'Keefe Avenue
New Orleans, LA 70113
T: [504] 581-4892
F: [504] 561-6024

**ATTORNEYS FOR PLAINTIFFS, JASON SCHMITZ, JACKIE BAILEY, CHARLES E. FRAZIER, III, ALLISON CRANE HARGRAVES, COREY ALLEN JONES, THOMAS YOUNG, and OTHERS SIMILARLY SITUATED**

## **CERTIFICATE OF SERVICE**

      I certify that on this 25th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Douglas R. Hart
    Geoffrey D. DeBoskey
    Jason D. Bosch
    Dana Finkey
    Katherine A. Roberts
    Sheppard, Mullin, Richter & Hampton, L.L.P.
    333 South Hope Street, 48th Floor
    Los Angeles, CA. 90071-1448
    Facsimile:  213-620-1398

    Teresa S. Valderrama
    Jackson Lewis L.L.P.
    Wedge International Tower
    1415 Louisiana, Suite 3325
    Houston, TX 77002
    Facsimile:  713-650-0405

                                                  */Michael A. Starzyk/*
                                                  Michael A. Starzyk