IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON SCHMITZ, | § | CIVIL ACTION NO. 4:08-cv-02945 |
| JACKIE BAILEY, | § | |
| ALBERT JOSHUA BAROUH, | § | |
| CHARLOTTE COPELAND-NAVA, | § | |
| ALLISON CRANE HARGRAVES, | § | |
| COREY ALLEN JONES, | § | |
| TRAVIS WINTER, | § | |
| THOMAS YOUNG, | § | |
| and OTHERS SIMILARLY | § | |
| SITUATED, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | COLLECTIVE/CLASS ACTION |
| | § | REQUESTED |
| LIBERTY MUTUAL INSURANCE | § | |
| COMPANY, | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## ORDER APPROVING SUPPLEMENTAL MEMORANDUM OF AGREEMENT AND REVISED NOTICES TO CLASS MEMBERS

On this day, came on to be heard the parties' Agreed Motion for Approval of Proposed Supplemental Memorandum of Agreement as well as Revised Notices B and C to New York Class Members Because of Resolution of *Gonzalez Litigation* Referenced in Previously Approved Versions (the "Motion"). The Court, having reviewed the Motion, is of the opinion that the Motion should be granted. It is therefore, ORDERED that the Motion is GRANTED.

It is further ORDERED that:

1.  The terms set forth in the Supplemental Memorandum of Agreement are preliminarily approved. (Exhibit 1 to the Motion.)

2.  The Court approves, as to form and content, the revised Notice B and Claim Form for those individuals who are "Non-FLSA (NY) Settlement Class Members," as defined in the

Settlement Agreement (Exhibit 4 to the Motion).

3.  The Court approves, as to form and content, the revised Notice C and Claim Form for those individuals who are both "Settlement Class Members" and "Rule 23/NY Settlement Class Members," as defined in the Settlement Agreement (Exhibit 5 to the Motion).

DONE and ORDERED on _January 8th_, 2010.

_____
**MELINDA HARMON**
**UNITED STATES DISTRICT JUDGE**