February 16, 2010

United States District Court
Southern District of Texas
FILED

FEB 2 2 2010

Clerk of Court

Clerk of Court, United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

Civil Action No. 4:09-cv-02945
Notice ID:  4221945

Please note I do not plan on addressing the Court on May 20, 2010 before the Honorable Melinda A. Harmon.  I herby object in writing that the hours calculated by Liberty Mutual Insurance Company for N0110413 Matthew Amaral is underestimated and incorrect.

The following hours could not have been included or considered because N0110413 was not logged into Liberty Mutual's proprietary software for the following hours:

Sales Representatives who produced low Life Insurance results were required to TRAVEL & TRAIN. With this said, high pressure life Insurance training ran 2 hours per session plus drive time.  Travel reimbursement was not offered by Liberty Mutual Insurance Company or by Regional Management. Therefore, additional expenses were incurred by Sales Representatives who attended these required classes. Performance Planning and review evaluation's does not comment on required "low performance" classes.

An estimated Life Insurance training hour for N0110413 equals 192 hours.

In addition, Sales Representatives were required to attend weekend Group Savings Plus account Alumni weekend activities and National Group Savings Plus weekend activities.   If absent from these activities, Management frowned upon Sales Representatives.  Non-compensated activities were included in yearly Performance planning and review evaluations but not included in The Success Guides.

An estimated Group Savings Plus activity hour for N0110413 equals 56 hours.

Respectfully Submitted,

Matthew Amaral
6 Broadview Drive
Barrington, Rhode Island 02806
401-481-2476